### Cotton *against* Wilson.

JUDGE *Ellis* delivered the opinion of the Court.

Release of Errors must be under seal.

On the motion of the defendant to dismiss the writ of Error, we have to enquire whether the paper, purporting to be a release of Errors, can operate as such. It is not under seal. A release must be of as high dignity as the obligation or contract which it was intended to discharge. To release a judgment, or writing under seal, the release must also be under seal. The paper then here alleged to be a release, is not sufficient to discharge a judgment, or to bar a writ of Error.

On the Errors assigned, the judgment was affirmed at June term, 1824.